IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA LEIBERT, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, et al., | : | No. 10-5412 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **14th** day of **March**, **2011**, upon consideration of Defendants Philadelphia Housing Authority and Malvin Reyes' Motion to Dismiss; Defendant Carl Greene's Motion to Dismiss; Defendant Linda Staley's Motion to Dismiss; Plaintiff's Opposition to the motions; and for the reasons stated in the Court's Memorandum dated March 14, 2011, it is hereby **ORDERED** that:

1. The motions (Document Nos. 21, 23, and 24) are **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED**.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**